ABBEY, WEITZENBERG, WARREN & EMERY, P.C.
MICHAEL D. GREEN, ESQ. (SBN 214142)
BRENDAN M. KUNKLE, ESQ. (SBN 173292)
100 Stony Point Road, Suite 200
Post Office Box 1566
Santa Rosa, California 95402
Tel: (707) 542-5050
Fax: (707) 542-2589

Attorneys for Plaintiff
CECILIA DUARTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA DUARTE | No. 2:07-CV-00383-LKK-GGH |
| Plaintiff(s), | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| vs. | |
| TARGET CORPORATION, et al. | |
| Defendant(s). | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above-referenced action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to bear its own costs and attorneys' fees.

SO STIPULATED:

Dated: _____11/6/07_____          ABBEY, WEITZENBERG, WARREN & EMERY


                                    By:    _____/s/_____
                                           MICHAEL D. GREEN
                                           Attorneys for Plaintiff

///

- 1 -

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON

Dated:  11/6/07        BOORNAZIAN, JENSEN & GARTHE

By:  ___/s/_____
    GAIL C. TRABISH
    Attorneys for Defendant

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  November 13, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON